In the Matter of the Application of Joseph Miraglia on His Own Behalf as a Candidate for Party Position in the American Labor Party and as an Enrolled Voter in the American Labor Party in the 15th Assembly District, Kings County, and on Behalf of Other Candidates for Party Positions and Enrolled Voters of the American Labor Party, Appellant, against S. Howard Cohen and Others, etc., Respondents.—Order affirmed, without costs.   No opinion.   Hagarty, Adel and Taylor, JJ., concur; Lazansky, P. J., and Close, J., dissent and vote to reverse the order and grant the application on the ground no fraud is involved.   The alterations were made before authentication and, as a result, concededly conformed Assembly and election districts to the districts in which the electors actually resided, as set forth in the nominating petitions.   The mistake was palpable and under the circumstances the making of the alterations should not defeat the electors' selections.

## (March 26, 1940.)

In the Matter of H. Spencer Bregoff, Admitted as an Attorney as Spencer Bregoff, Respondent.— Motion to reopen proceeding denied.   [See 258 App. Div. 551.]   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of David Kirschenbaum for Admission to the Bar.— Motion for rehearing of application for admission to the Bar denied. Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of Irving Mogul for Admission to the Bar.— Matter referred to the Committee on Character and Fitness of Applicants for Admission to the Bar, Second Judicial District, for such action as the committee deems to be proper.   Present — Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ.

In the Matter of Joseph P. Walsh, an Attorney, Respondent.— Motion referred to the court which decided the case.   Present — Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ.   Motion granted to the extent of making a part of the record the summons, affidavit of service and notice of appearance in an action in the City Court of the City of New York, Richmond County, entitled *Jansson* v. *Weilgus;* motion otherwise denied.   The court gave full consideration to the facts of the case.   In weighing the quality of the testimony the court did not overlook the credibility of witnesses, including that of respondent, reference to which was necessarily emphasized in the opinion of the court.   [See 258 App. Div. 541.] Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.